■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES ADAMS, Petitioner, v E. W. JONES, as Superintendent of Great Meadows Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied *(see, People ex rel. Mendolia v Superintendent, Green Haven Correctional Facility,* 47 NY2d 779; *Matter of Soto v New York State Bd. of Parole,* 107 AD2d 693). Kane, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.